IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-CR-30036-DWD |
| | ) | |
| HARRION HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On February 17, 2023, this Court entered order of forfeiture (Doc. 68) against defendant Harrion Hawkins, for the following property which had been seized from the defendant:

**One Smith and Wesson, MMP9 pistol with serial number HUY0519 and an extended magazine and a second magazine with all bullets contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 16, 2023, and ending April 14, 2023, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc.68) filed on

1

February 17, 2023, namely:

> **One Smith and Wesson, MMP9 pistol with serial number HUY0519 and an extended magazine and a second magazine with all bullets contained therein.**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**DATE:   May 25, 2023**

<u>s/David W. Dugan</u>
**DAVID W. DUGAN**
**United States District Court Judge**
